RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
200 S. Virginia Street, Ste 340
Reno, Nevada 89501
(775) 321-8451/Phone
(702) 388-6261/Fax
Kate_Berry@fd.org

*Attorney for Petitioner Gonzalo Murguia Aguilar

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Gonzalo Murguia Aguilar,

Petitioner,

v.

Todd Blanche, *et al.*

Respondents.

Case No. 2:26-cv-02060-APG-MDC

**ORDER GRANTING**

**MOTION TO WITHDRAW HABEAS PETITION AND DISMISS ACTION WITHOUT PREJUDICE**[1]

Petitioner Gonzalo Murguia Aguilar, through counsel, moves to withdraw the above-captioned habeas petition, docketed at ECF No. 1. The government filed a Notice indicating Mr. Aguilar was deported to Mexico on July 7, 2026. *See* ECF No. 7.

Although Petitioner's habeas petition was completed on July 1, 2026, it was not received by the Court until July 8, 2026. *See* ECF No. 1. The Court's standard appointment order issued July 10, 2026. *See* ECF No. 3. Mr. Aguilar had already been deported by the time the Court received his petition and issued its order.

---

[1] To the extent the Court construes this as a motion to dismiss it is filed two days late with no objection from the government.

Mr. Aguilar's deportation to Mexico moots the claims in his habeas petition at this time. Therefore, undersigned counsel moves to withdraw the habeas petition and dismiss this action without prejudice.

Dated August 19, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Kate Berry*
Kate Berry
Assistant Federal Public Defender

IT IS SO ORDERED:

Dated: August 20, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE